47 M.J. 238 (C.A.A.F. 1997). If the court determines that a fact–finding hearing is necessary, that court shall order a hearing pursuant to *United States v. DuBay*, 17 C.M.A. 147, 37 C.M.R. 411 (1967). Once the necessary information is obtained, the court will complete its Article 66(c), UCMJ, review. Thereafter, Article 67, UCMJ, 10 U.S.C. § 867 (2006), shall apply. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

BAKER, Chief Judge (dissenting): With respect to Issue I, I adhere to my dissent in *Fosler*, where I specifically addressed the issue of kidnapping. *United States v. Fosler*, 70 M.J. 225, 244–45 (C.A.A.F. 2011).

No. 12–0082/AF. U.S. v. Steven D. Harris, Jr. CCA S31822. Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

The decision of the United States Air Force Court of Criminal Appeals is vacated. The record of trial is returned to the Judge Advocate General of the Air Force for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

BAKER, Chief Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in *United States v. Fosler*, 70 M.J. 225, 240–47 (C.A.A.F. 2011).

No. 11–0258/MC. U.S. v. Travis J. Westhoven. CCA 201000132. Review granted on the following issue:

> WHETHER, IN LIGHT OF *UNITED STATES v. MCMURRIN*, 70 M.J. 15 (C.A.A.F. 2011), AND *UNITED STATES v. MORTON*, 69 M.J. 12 (C.A.A.F. 2010), APPELLANT'S GUILTY PLEA TO AN OFFENSE NOT NECESSARILY INCLUDED IN THE CHARGED OFFENSE CAN BE AFFIRMED UNDER *UNITED STATES v. WILKINS*, 29 M.J. 421 (C.M.A. 1990).

Briefs will be filed under Rule 25.

No. 11–0675/AR. U.S. v. Cassandra M. Riley. CCA 20100084. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 12–0082/AF. U.S. v. Steven D. Harris, Jr. CCA S31822. [See also APPEALS–SUMMARY DISPOSITIONS this date.]